FILED
2020 May-08  AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **HARLEY RAY ROBERTS,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 1:19-cv-01922-RPD-JHE |
| **SHERIFF JIMMY KILGORE,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On February 28, 2020, the magistrate judge entered a Report and Recommendation, (Doc. 7), recommending that the petition for writ of habeas corpus be dismissed without prejudice. The court has not received objections.

The court has considered the entire file in this action, together with the Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be dismissed. A separate Order will be entered.

**DONE** and **ORDERED** this May 8, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE